COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Linda Porter v. Kennard Law PC d/b/a Kennard Richard PC, Peter
                         Costea, and Gregg Rosenberg/ Rosenberg & Sprovach

Appellate case number:   01-22-00153-CV

Trial court case number: 2017-67479

Trial court:             127th District Court of Harris County

On February 25, 2022, appellant, Linda Porter, filed a "1st Amended Motion for Extension of Time to File Notice of Appeal." Although no certificate of conference was attached, more than ten days have passed and no party has filed a response. *See* TEX. R. APP. P. 10.3(a). Appellant's motion for extension of time to file her notice of appeal is **granted**.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date: <u>March 17, 2022</u>